IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO: 08-07711-JAF

**CORY D. COWINS and**
**SANDRA I. COWINS,**
    Debtors.
_____/

## MOTION DIRECTING EMPLOYER TO FORWARD
## DEBTOR SANDRA I. COWINS' EARNINGS TO CHAPTER 13 TRUSTEE

    **COMES NOW** the Debtor, SANDRA I. COWINS, and move this Honorable Court for entry of an Income Deduction Order requiring the Debtor's employer to automatically make plan payments on the Debtor's behalf. In support of this motion, the Debtor would respectfully show as follows:

    1. The Debtor, SANDRA I. COWINS, is employed by KAMAN AEROSPACE CORPORATION and therefore has regular income with which to make his plan payments.

    2. For budgetary reasons, the Debtor would prefer to have his plan payments automatically deducted from the Debtor's pay and sent to the Chapter 13 Trustee.

    3. No creditors will be prejudiced by the Court ordering his employer to make his plan payments.

    4. The entry of such an order will help to insure that the Debtor enjoys a successful reorganization of his debts.

    **WHEREFORE**, based on the foregoing, the Debtor requests this Court to grant this Motion and issue an Income Deduction Order.

**DATED:** December 9, 2008      The Law Offices of Keith D. Collier

    /s/ Keith D. Collier, Esquire
    **KEITH D. COLLIER**
    Florida Bar No.: 0633771
    2350 Park Street
    Jacksonville, Florida 32204
    (904) 981-8100/Fax: 981-8015
    Collier@KeithDCollier.com
    Attorney for Debtor

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been furnished by Electronic Mail to Douglas W. Neway, Trustee, Post Office Box 4308, Jacksonville, Florida 32201 this 9th day of December, 2008.

    /s/ Keith D. Collier, Esquire
    **KEITH D. COLLIER**